KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 E-mail: Megan.OCarroll@doj.ca.gov
*Attorneys for Defendants
California Department of Corrections and
Rehabilitation, and M. Cate*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDWARD THOMAS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:12-cv-01437-LJO-MJS<br><br>**ORDER** |

   Having considered the stipulation of the parties, Defendants' deadline to respond to the Complaint shall be extended by thirty-five days, to and including January 30, 2013.

   **IT IS SO ORDERED.**


IT IS SO ORDERED.

   Dated:　December 14, 2012　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1