# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION, et al.,<br><br>        Defendants.<br>_____ / | 1:12-cv-01437-LJO-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND CATE'S MOTION TO DISMISS<br><br>(ECF No. 19) |

Plaintiff Edward Lee Thomas ("Plaintiff") a former state prisoner, initiated this action on August 31, 2012 pursuant to 42 U.S.C. Section 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending that Defendants California Department of Corrections and Rehabilitation and Cate's motion to dismiss be granted. (ECF No. 19.) Plaintiff has filed objections to the Findings and Recommendations. (ECF No. 20.)

///

///

1

1  ///

2      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this
3  Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the
4  Court finds the Findings and Recommendations to be supported by the record and by proper
5  analysis.

6      Accordingly, IT IS HEREBY ORDERED that:

7      1.    The Findings and Recommendations, filed March 25, 2013, are adopted in full;

8      2.    Defendants California Department of Corrections and Rehabilitation and Cate's
9          motion to dismiss is GRANTED; and

10     3.    Defendants California Department of Corrections and Rehabilitation and Cate are
11         DISMISSED from this action.

IT IS SO ORDERED.

Dated: **April 16, 2013**     /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE