UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE THOMAS, | CASE NO. 1:12-cv-01437-LJO-MJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EFFECT SERVICE WITHIN ONE-HUNDRED TWENTY DAYS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| | (ECF No. 9) |
| Defendants. | FOURTEEN DAY DEADLINE |

Plaintiff Edward Lee Thomas ("Plaintiff") is a former state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on August 31, 2012. On September 7, 2012, the Court issued an order requiring Plaintiff to effect service of summonses and the complaint on Defendants Bryant, Desilagua, Goumas, Hartley, Lopez, Ndoh, and Does (collectively, "Defendants")[1] within one-hundred twenty days. More than one-hundred twenty days have passed. There is no evidence Plaintiff has effected service on Defendants as ordered.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the

---

[1] Defendants California Department of Corrections and Rehabilitation and Cate filed a motion to dismiss that has since been granted. (ECF Nos. 15, 19, 21.) These Defendants have been dismissed from this action.

action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Pursuant to Rule 4(m), the Court directed Plaintiff to effect service within a specified time.  There is no indication in the record that Plaintiff has done so.  Therefore, pursuant to Rule 4(m), Plaintiff must show cause why this action should not be dismissed for failure to effect service of process on Defendants.

Accordingly, it is HEREBY ORDERED that:

1. Pursuant to Rule 4(m), Plaintiff shall show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to effect service of process on Defendants Bryant, Desilagua, Goumas, Hartley, Lopez, Ndoh, and Does; and

2. The failure to respond to this order, or the failure to show good cause, will result in the dismissal of this action, without prejudice, for failure to effect service on Defendants Bryant, Desilagua, Goumas, Hartley, Lopez, Ndoh, and Does.

IT IS SO ORDERED.

Dated:    April 19, 2013                     /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE