1

2

3

4

5

6

7
# UNITED STATES DISTRICT COURT

8
## EASTERN DISTRICT OF CALIFORNIA

9
EDWARD LEE THOMAS,                          CASE NO. 1:12-cv-01437-LJO-MJS

10
                    Plaintiff,              ORDER REQUIRING PLAINTIFF TO
                                            SHOW CAUSE WHY ACTION SHOULD

11
        v.                                  NOT BE DISMISSED FOR FAILURE TO
                                            EFFECT SERVICE WITHIN ONE-

12
CALIFORNIA DEPARTMENT OF                    HUNDRED TWENTY DAYS
CORRECTIONS AND REHABILITATION,

13
et al.,                                     (ECF No. 9)

14
                    Defendants.             FOURTEEN DAY DEADLINE

15

16
_____/

17
        Plaintiff Edward Lee Thomas ("Plaintiff") is a former state prisoner proceeding in this

18
civil rights action pursuant to 42 U.S.C. § 1983.

19
        Plaintiff filed this action on August 31, 2012.  On September 7, 2012, the Court

20
issued an order requiring Plaintiff to effect service of summonses and the complaint on

21
Defendants Bryant, Desilagua, Goumas, Hartley, Lopez, Ndoh, and Does (collectively,

22
"Defendants")[1] within one-hundred twenty days.  More than one-hundred twenty days have

23
passed.  There is no evidence Plaintiff has effected service on Defendants as ordered.

24
        Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

25
        If a defendant is not served within 120 days after the complaint is filed, the
        court - on motion or on its own after notice to the plaintiff - must dismiss the

26

27
        [1] Defendants California Department of Corrections and Rehabilitation and Cate filed a motion to

28
dismiss that has since been granted.  (ECF Nos. 15, 19, 21.)  These Defendants have been dismissed
from this action.

1

1   action without prejudice against that defendant or order that service be made
2   within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

3       Pursuant to Rule 4(m), the Court directed Plaintiff to effect service within a specified

4   time.  There is no indication in the record that Plaintiff has done so.  Therefore, pursuant

5   to Rule 4(m), Plaintiff must show cause why this action should not be dismissed for failure

6   to effect service of process on Defendants.

7       Accordingly, it is HEREBY ORDERED that:

8   1.   Pursuant to Rule 4(m), Plaintiff shall show cause within **fourteen (14) days**

9        from the date of service of this order why this action should not be dismissed

10       for failure to effect service of process on Defendants Bryant, Desilagua,

11       Goumas, Hartley, Lopez, Ndoh, and Does; and

12  2.   The failure to respond to this order, or the failure to show good cause, will

13       result in the dismissal of this action, without prejudice, for failure to effect

14       service on Defendants Bryant, Desilagua, Goumas, Hartley, Lopez, Ndoh,

15       and Does.

16  IT IS SO ORDERED.

17  Dated:    April 19, 2013                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2